UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Kid-U-Not, Inc.
1201 Central Park Drive
Sanford, Florida 32771
    Plaintiff,

v.

Sherry Manufacturing Co., Inc.
3287 NW 65th Street
Miami, Florida 33147
    Defendant.

No.: 8:12-cv-2760

## ORDER OF DISMISSAL

This cause comes for consideration upon the stipulated motion of Plaintiff, Kid-U-Not, Inc. and Defendant, Sherry Manufacturing Co., Inc. The Parties have agreed that this cause has been settled by Plaintiff and Defendant.

Therefore, it is hereby ORDERED AND ADJUDGED as follows:

1. The Stipulation of Settlement and Dismissal is approved, and this cause is dismissed Without Prejudice.

2. The Court shall retain jurisdiction over the Parties to enforce the Settlement Agreement executed by the Parties.

4. The Court shall retain jurisdiction over the Parties to enforce the Stipulated Permanent Injunction agreed to by the parties.

DONE AND ORDERED in Chambers, Tampa, Florida, this 19th day of February 2013.

United States District Judge

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE